"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                     Plaintiff, <br> vs. <br> T/N Guillermo Ramirez Yanez <br> GUILLERMO RAMIREZ, <br>                     Defendant. | Case No.: SA08-418M-2 <br><br> ORDER OF DETENTION |

**I.**

A.   ( )   On motion of the Government in a case allegedly involving:

    1.   ( )   a crime of violence.

    2.   ( )   an offense with maximum sentence of life imprisonment or death.

    3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.  (X) On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

(X) On the further allegation by the Government of:

1. (X) a serious risk that the defendant will flee.
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  (X) The Court finds that no condition or combination of conditions will reasonably assure:
1. (X) the appearance of the defendant as required.
   (X) and/or
2. (X) the safety of any person or the community.

B.  ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.  (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.  (X) the weight of evidence against the defendant;

C. (X) the history and characteristics of the defendant; and
D. (X) the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:
A. (X) As to flight risk: Defendant's lack of bail resources, undocumented status, and lack of strong ties to the local community.
B. (X) As to danger: The nature of the charged offense and his criminal history.

**VI.**

A. ( ) The Court finds that a serious risk exists the defendant will:
    1. ( ) obstruct or attempt to obstruct justice.
    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B. The Court bases the foregoing finding(s) on the following:
    _____
    _____
    _____

**VI.**

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

| | | |
|---|---|---|
| 1 | | custody pending appeal. |
| 2 | C. | IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 3 | | opportunity for private consultation with counsel. |
| 4 | D. | IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 5 | | request of any attorney for the Government, the person in charge of the |
| 6 | | corrections facility in which defendant is confined deliver the defendant to a |
| 7 | | United States marshal for the purpose of an appearance in connection with a court |
| 8 | | proceeding. |

DATED:  August 13, 2008            /s/
                                   ARTHUR NAKAZATO
                                   UNITED STATES MAGISTRATE JUDGE